IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| HOYA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ESSILOR INTERNATIONAL, S.A.,<br>ET AL.,<br><br>    Defendants. | Civil Action No. 4:11-cv-00468-RAS<br><br>**JURY TRIAL DEMANDED** |

**ORDER APPROVING AND ENTERING
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter is before the court on the Joint Stipulation of Dismissal of Plaintiff Hoya Corporation ("Hoya") and Defendants Essilor International, S.A., Essilor Laboratories of America, Inc., Essilor of America, Inc. and Gentex Optics, Inc. (collectively "Essilor").

It is hereby ORDERED that all claims and counterclaims in this action are hereby DISMISSED with prejudice, and this action accordingly is DISMISSED.

Each party shall bear its own attorneys' fees and costs.

**SIGNED this the 28th day of December, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE